```
          UNITED STATES DISTRICT COURT
             DISTRICT OF MINNESOTA
           Criminal No. 12-133(DSD/TNL)
```

United States of America,

       Plaintiff,

v.                                            **ORDER**

Ricardo Cervantes-Perez,

       Defendant.

This matter is before the court upon the objection of defendant Ricardo Cervantes-Perez to the report and recommendation of United States Magistrate Judge Tony N. Leung. Defendant moves to suppress evidence obtained as a result of search and seizure, arguing that police lacked reasonable suspicion to initiate the traffic stop and that the inventory search was illegal. The magistrate judge recommends denying the motion. Defendant now "objects to the factual findings and legal conclusions contained in Magistrate Judge Leung's Report and Recommendation" and "requests the Court to review the motion hearing transcript and the officer's squad recording (Govt. Exhibit 1)." Def.'s Objection 1.

The court reviews the report and recommendation of the magistrate judge de novo. See 28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.2(b). Following a careful review of the file, record and proceedings herein, including review of the suppression hearing and the squad-car video, the court concludes that the well-reasoned report and recommendation correctly disposes of defendant's motion.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The objection [ECF No. 34] is overruled; and

2. The report and recommendation [ECF No. 31] is adopted in full.

Dated:  August 10, 2012

s/David S. Doty
David S. Doty, Judge
United States District Court
